E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
SUSAN L. SMITH, CA STATE BAR NO.: 253808
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (510) 970-4857
    Fax: (415) 744-0134
    E-mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARTHA EVANGELISTA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-04859-JPR<br><br>ORDER FOR AWARD OF EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of NINE HUNDRED TWENTY-FOUR DOLLARS and

TWENTY-SEVEN CENTS ($924.27), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED TWO DOLLARS ($402.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: November 18, 2022

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE